FILED 09 NOV 03 07:03 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GORDON F. CLOW, | CV# 08-281-AA |
| Plaintiff, | |
| v. | ORDER FOR STIPULATED FEES, COSTS AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5389.26 are awarded to Plaintiff's attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $359.60 in costs and $39.04 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2). The court directs Defendant to issue a check to Plaintiff's attorneys for the appropriate amount.

DATED this 2 day of November, 2009.

_____
United States District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon
Of Attorneys for Plaintiff