IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GORDON F. CLOW,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

CV# 08-281-AA

ORDER GRANTING
ATTORNEY FEES UNDER
42 U.S.C. § 406(b)

Attorneys' fees in the amount of $24,462.75 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Previously, this court awarded Plaintiff attorney fees in the amount of $5359.26 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the 406(b) check for payment to Plaintiff's attorney, the agency is directed to subtract the amount previously awarded under the EAJA and send Plaintiff's attorneys the balance of $19,103.49, minus any applicable processing fees as allowed by statute.

Dated this 8 day of December, 2009

_____
U.S. District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon

ORDER GRANTING ATTORNEY FEES